**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

**VS.**                  **CRIMINAL ACTION NO.: 4:11-cr-157-MPM-JMV-2**

**RODERICK T. WILLIAMS**                               **DEFENDANT**

## ORDER GRANTING MOTION TO CONTINUE

This matter is before the court on Defendant's Motion to Continue the Preliminary Revocation Hearing set for December 13, 2021, at 1:30 p.m., by video conference. Defendant's Motion to Continue being unopposed, the Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Preliminary Revocation Hearing should be continued to Wednesday, December 15, 2021, at 10:00 a.m., in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden.

**SO ORDERED**, this the 13th day of December, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE